

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00501-CR

| | | |
|---|---|---|
| Robert Richardson | § | From County Criminal Court No. 4 |
| | § | of Denton County (CR-2010-08176-D) |
| | § | April 18, 2013 |
| v. | § | Opinion by Justice Gardner |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner